**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 617 MAL 2020

Respondent    :

   :   Petition for Allowance of Appeal
   :   from the Order of the Superior Court

v.    :

OMAR POWELL,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.